# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLUESTONE RESOURCES, INC., BLUESTONE COAL SALES CORPORATION, BLACKSTONE ENERGY, LTD., JAMES C. JUSTICE II  Plaintiff,<br><br>-v-<br><br>GREENSILL CAPITAL (UK) LIMITED, LEX GREENSILL, ROLAND HARTLEY-URQUHART  Defendant. | Case No. 21-cv-02253<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Bluestone Coal Sales Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 3/15/2021

James Bromley
Digitally signed by James Bromley
Date: 2021.03.15 16:35:23 -04'00'

**Signature of Attorney**

**Attorney Bar Code:** 2333912