# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

BLUESTONE RESOURCES, INC.,
BLUESTONE COAL SALES
CORPORATION, BLACKSTONE
ENERGY, LTD., JAMES C. JUSTICE II

Plaintiff,

-v-

GREENSILL CAPITAL (UK) LIMITED,
LEX GREENSILL,
ROLAND HARTLEY-URQUHART

Defendant.

Case No. 21-cv-02253

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Blackstone Energy, Ltd. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 3/15/2021

James Bromley
Digitally signed by James Bromley
Date: 2021.03.15 16:35:23 -04'00'

**Signature of Attorney**

**Attorney Bar Code:** 2333912

Form Rule7_1.pdf   SDNY Web 10/2007