UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BLUESTONE RESOURCES INC. et al.,

                              Plaintiffs,                    Civil Action No. 21 CV 2253 (JMF)


            -v-


GREENSILL CAPITAL (UK) LIMITED et al.,

                              Defendants.

------------------------------------------------------------X

                            AFFIDAVIT OF SERVICE


STATE OF NEW YORK      )
                       : ss.:
COUNTY OF NEW YORK )


        DAVID LIEBOV, being duly sworn, deposes and says that he is over 18 and not a party
to this action and that on the 25th day of May, 2021 he served true copies of the Order to Show
Cause signed by Judge Jesse M. Furman on May 24, 2021 (Docket Entry #17) by E-Mail and by
Federal Express upon the following:

Christos G. Papapetrou, Esq.
Levine Lee LLP
5 Columbus Circle, 11th Floor
New York, New York 10019
cpapapetrou@levinelee.com;

Laura Hall, Esq.
Allen & Overy LLP
1221 6th Ave
New York, NY 10020
Laura.Hall@AllenOvery.com  and

Lex Greensill
One Southampton Street
Covent Garden
London WC2R 0LR,
United Kingdom
Lex@greensill.com.

Sworn to before me this
26th day of May, 2021.

Notary Public

WAYNE A. FRANCIS
Notary Public, State of New York
No. 01FR6362003
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires July 24, 2021