UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

BLUESTONE RESOURCES, INC.,                      :     Civil Action No. 1:21-cv-02253
BLUESTONE COAL SALES CORPORATION,   :     (JMF)
BLACKSTONE ENERGY, LTD.,                        :
JAMES C. JUSTICE II,                                  :     **NOTICE OF APPEARANCE**
CATHY L. JUSTICE, AND                             :
JAMES C. JUSTICE III                                :
                                                                  :
*Plaintiffs.*                                               :
                                                                  :
v.                                                               :
                                                                  :
GREENSILL CAPITAL (UK) LIMITED,             :
LEX GREENSILL,                                        :
ROLAND HARTLEY-URQUHART                  :
                                                                  :
*Defendants.*                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that Laura R. Hall of Allen & Overy LLP hereby appears on behalf

of Defendant Greensill Capital (UK) Limited (in administration) in the above-captioned case.


Dated:  New  York,  New  York
            June 21, 2021


                                        ALLEN & OVERY LLP

                                        By:   */s/ Laura R. Hall*
                                               Laura R. Hall
                                               1221 Avenue of the Americas
                                               New York, New York 10020
                                               (212) 610-6300
                                               laura.hall@allenovery.com

                                               *Counsel to Greensill Capital (UK) Limited (in
                                               administration)*