AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BLUESTONE RESOURCES, INC., et al )<br>*Plaintiff* )<br>v. )<br>GREENSILL CAPITAL (UK) LIMITED, et al. )<br>*Defendant* ) | Case No. 21-cv-02253 (JMF) |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Roland Hartley-Urquhart.

Date: 07/30/2021

/s/ Alexandra Larkin
*Attorney's signature*

Alexandra Larkin
*Printed name and bar number*

30 Rockefeller Plaza, 26th Floor
New York, New York 10112
*Address*

alexandra.larkin@haynesboone.com.
*E-mail address*

(212) 835-4830
*Telephone number*

(212) 884-8239
*FAX number*