August 6, 2021

Honorable Judge Furman
District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Bluestone Resources Inc. et al v. Greensill Capital (UK) Limited et al**
**1:21-cv-02253**
**Withdrawal of Attorney**

Dear Judge Furman:

    Please be advised that, as of August 7, 2021, I will no longer be employed by the firm of Debevoise & Plimpton LLP, the attorneys for Alexander D. Greensill in the above-captioned matter. Other Debevoise attorneys have appeared and will continue to represent Mr. Greensill.

    I hereby respectfully request the Court's permission to have my name removed from the Court's docket and electronic mailing distribution list. I would be most grateful if Your Honor would approve of my withdrawal by having this letter memo endorsed so that the clerk may modify and update the Court's records accordingly.

    Thank you for your attention to this request.

    Respectfully submitted,

    /s/Leah W. Rosenberg_____
    Leah W. Rosenberg

SO ORDERED:

_____
        USDJ