```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
BLUESTONE RESOURCES INC. et al.,                        :
                                                        :
                        Plaintiffs,                     :       21-CV-2253 (JMF)
                                                        :
        -v-                                             :       ORDER
                                                        :
GREENSILL CAPITAL (UK) LIMITED et al.,                  :
                                                        :
                        Defendants.                     :
                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      In light of the bankruptcy court's order granting recognition of a foreign main proceeding involving Defendant Greensill Capital (UK) Limited, *see* ECF No. 44, this case is automatically stayed as to Greensill Capital (UK) Limited pursuant to 11 U.S.C. § 362.

      SO ORDERED.

Dated: September 13, 2021            _____
       New York, New York                     JESSE M. FURMAN
                                                United States District Judge