March 11, 2022

<u>VIA ECF</u>

Hon. Jesse M. Furman
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

> Re: **Bluestone Resources Inc.** *et al*. **v. Greensill Capital (UK) Limited** *et al*.**, Case No. 21-CV-2253 (JMF)**

Dear Judge Furman:

  Plaintiffs and Defendants Alexander Greensill and Roland Hartley-Urquhart (the "Individual Defendants"), by and through their undersigned counsel, jointly hereby respectfully request that the stay in this action as to the Individual Defendants entered by order of the Court on September 9, 2021 (Dkt. 43) (the "Stay Order") and extended by order of the Court for 90 days on December 9, 2021 (Dkt. 46) (the "Stay Extension Order") be extended for an additional 60 days.

  As the Court is aware, pursuant to the Stay Order, all deadlines in this case were stayed as to the Individual Defendants following the recognition of Defendant Greensill Capital (UK) Limited's ("GCUK") administration proceeding under the United Kingdom's Insolvency Act of 1986 as a foreign main proceeding pursuant to Chapter 15 of the Bankruptcy Code by the U.S. Bankruptcy Court for the Southern District of New York on September 10, 2021, including a stay of the deadline for the Individual Defendants to answer or otherwise respond to the Complaint until December 20, 2021, which deadline was extended by the Stay Extension Order until March 21, 2022. As the parties noted in their joint request for the Stay Extension Order, GCUK's Chapter 15 case remains pending and discussions between and among various parties in interest to this action that may affect the scope of this litigation remain ongoing, and therefore Plaintiffs and the Individual Defendants submit that an extension of the stay as to the Individual Defendants would serve judicial efficiency.

  Accordingly, Plaintiffs and the Individual Defendants respectfully request that all deadlines in this case remain stayed as the Individual Defendants for an additional 60 days, including extension of the following deadlines:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Individual Defendants to answer or move to dismiss the Amended Complaint: | March 21, 2022 | May 20, 2022 |
| Plaintiffs to oppose any motion to dismiss filed by Individual Defendants: | May 20, 2022 | July 19, 2022 |
| Individual Defendants to file replies in support of motions to dismiss: | June 10, 2022 | August 9, 2022 |

Plaintiffs and the Individual Defendants also request that the initial pretrial conference remain adjourned *sine die* as provided in the Stay Order.

Respectfully submitted,

/s/ James L. Bromley  
James L. Bromley  
Sullivan & Cromwell LLP  
125 Broad Street  
New York, NY 10004  
(212) 558-4000  
*Counsel to Plaintiffs*

/s/ William H. Taft V  
William H. Taft V  
Debevoise & Plimpton LLP  
919 Third Avenue  
New York, NY 10022  
(212) 909-6877  
*Counsel to Defendant Alexander Greensill*

/s/ Christos G. Papapetrou  
Christos G. Papapetrou  
Haynes & Boone, LLP  
30 Rockefeller Plaza  
New York, NY 10112  
(212) 659-4967  
*Counsel to Defendant Roland Hartley-Urquhart*

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 48. SO ORDERED.

March 11, 2022

cc: Laura R. Hall (by ECF)