May 16, 2022

<u>VIA ECF</u>

Hon. Jesse M. Furman
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Bluestone Resources Inc. *et al*. v. Greensill Capital (UK) Limited *et al*., Case No. 21-CV-2253 (JMF)**

Dear Judge Furman:

     Plaintiffs and Defendants Alexander Greensill and Roland Hartley-Urquhart (the "Individual Defendants"), by and through their undersigned counsel, jointly hereby respectfully request that the stay in this action as to the Individual Defendants entered by order of the Court on September 9, 2021 (Dkt. 43) (the "Stay Order") and extended by orders of the Court on December 9, 2021 (Dkt. 46) and March 11, 2022 (Dkt. No. 49) (together, the "Stay Extension Orders") be extended for an additional 45 days.

     As the Court is aware, pursuant to the Stay Order, all deadlines in this case were stayed as to the Individual Defendants following the recognition of Defendant Greensill Capital (UK) Limited's ("GCUK") administration proceeding under the United Kingdom's Insolvency Act of 1986 as a foreign main proceeding pursuant to Chapter 15 of the Bankruptcy Code by the U.S. Bankruptcy Court for the Southern District of New York on September 10, 2021, including a stay of the deadline for the Individual Defendants to answer or otherwise respond to the Complaint until December 20, 2021, which deadline was extended by the Stay Extension Orders until May 20, 2022. As the parties noted in their prior joint requests for extensions of the stay, GCUK's Chapter 15 case remains pending. In addition, discussions between and among various parties in interest to this action as to a potential resolution of this action have substantially progressed since the parties' last joint extension request, and the requested extension of the stay would allow for those constructive discussions to continue. Therefore, Plaintiffs and the Individual Defendants submit that an extension of the stay as to the Individual Defendants would serve judicial efficiency.

     Accordingly, Plaintiffs and the Individual Defendants respectfully request that all deadlines in this case remain stayed as the Individual Defendants for an additional 45 days, including extension of the following deadlines:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Individual Defendants to answer or move to dismiss the Amended Complaint: | May 20, 2022 | July 6, 2022 |
| Plaintiffs to oppose any motion to dismiss filed by Individual Defendants: | July 19, 2022 | September 2, 2022 |
| Individual Defendants to file replies in support of motions to dismiss: | August 9, 2022 | September 23, 2022 |

Plaintiffs and the Individual Defendants also request that the initial pretrial conference remain adjourned *sine die* as provided in the Stay Order.

Respectfully submitted,

/s/ James L. Bromley
James L. Bromley
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
(212) 558-4000
*Counsel to Plaintiffs*

/s/ William H. Taft V
William H. Taft V
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-6877
*Counsel to Defendant Alexander Greensill*

/s/ Christos G. Papapetrou
Christos G. Papapetrou
Haynes & Boone, LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 659-4967
*Counsel to Defendant Roland Hartley-Urquhart*

cc:   Laura R. Hall (by ECF)