# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---

                                                  x

| | |
|---|---|
| BLUESTONE RESOURCES, INC.,<br>BLUESTONE COAL SALES CORPORATION,<br>BLACKSTONE ENERGY, LTD.,<br>JAMES C. JUSTICE II,<br>CATHY L. JUSTICE, AND<br>JAMES C. JUSTICE III<br><br>*Plaintiffs.*<br><br>v.<br><br>GREENSILL CAPITAL (UK) LIMITED,<br>ALEXANDER GREENSILL,<br>ROLAND HARTLEY-URQUHART<br><br>*Defendants*. | Civil Action No. 1:21-cv-02253 (JMF)<br><br>Notice of Voluntary Dismissal |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Bluestone Resources, Inc., Bluestone Coal Sales Corporation, Blackstone Energy, Ltd., James C. Justice II, Cathy L. Justice, and James C. Justice III, by and through the undersigned counsel, hereby submit this notice of voluntary dismissal with prejudice of the above-captioned action pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and state as follows:

WHEREAS, in a letter motion filed with the Court on June 30, 2022 (Dkt. 52), Plaintiffs notified the Court that Plaintiffs had entered into a settlement agreement with certain other parties, including Greensill Bank AG, which provided, among other things, for the dismissal of this action with prejudice with effectiveness of that settlement subject to the approval of the U.S.

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") presiding over the Chapter 15 case of Greensill Bank AG (the "Settlement Agreement");

WHEREAS, the Court entered an order on July 1, 2022 (Dkt. 53), which dismissed and discontinued this action without costs, and without prejudice to the right to reopen this action within sixty days if the settlement agreement was not consummated or if there existed another reason that the Court should keep the case open;

WHEREAS, on July 25, 2022, the Bankruptcy Court entered the *Order Granting the Foreign Representative's Motion to Approve Standstill and Forbearance Agreement* approving the Settlement Agreement (Bankr. S.D.N.Y. Case No. 21-10757, Dkt. 29);

THEREFORE, Plaintiffs hereby voluntarily dismiss the instant case and all claims against all defendants with prejudice. No defendant has filed either an answer to the complaint filed in this action or a motion for summary judgment as to the claims asserted in the complaint and therefore dismissal under Rule 41(a)(1)(A)(i) is appropriate.


Dated: August 1, 2022
       New York, New York

SO ORDERED.

August 2, 2022

Respectfully submitted,

/s/ James L. Bromley
James L. Bromley
Benjamin S. Beller
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: bromleyj@sullcrom.com
       belllerb@sullcrom.com

*Counsel to the Plaintiffs*